ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway
David Stern

———————

Rachel Perillo

Tel: (212) 571-5500
Fax: (212) 571-5507

January 20, 2022

**By ECF**
Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> Sentencing is adjourned from February 9, 2022 to April 13, 2022 at 2:00 p.m.
> SO ORDERED.
> Dated:  1/24/2022
>
> _/s/ P. Kevin Castel_
> P. Kevin Castel
> United States District Judge

    Re:    United States v. Jamie Scott
              21 Cr. 667 (PKC)

Dear Judge Castel:

      I am the attorney for Jamie Scott, the defendant in the above-named matter. I write with the consent of the government by AUSA Ni Qian to respectfully request an adjournment of sentencing, presently scheduled for February 9, 2022 at 12:00 p.m., to April 13, 2022 at 2:00 p.m., a date and time that I understand is convenient for the Court. This is Mr. Scott's first request for an adjournment of sentencing.

      An adjournment is needed for two reasons. First, I have a medical appointment scheduled for February 9, 2022 and I am therefore no longer available to appear on this date. Second, we received the final Presentence Report on January 19, 2022, and because of Covid-related lockdowns at the Metropolitan Detention Center, additional time is needed to meet with Mr. Scott to review the PSR and discuss matters related to sentencing. An adjournment to April 13, 2022 should provide me with sufficient time to do so.

      If the Court has any questions regarding this application please do not hesitate to contact me.

                            Respectfully submitted,
                            /s/
                          Jeremy Schneider

cc:    AUSA Ni Qian (by ECF)