ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider                                                              Tel: (212) 571-5500
Robert A. Soloway                                                             Fax: (212) 571-5507
David Stern
_____
Rachel Perillo

March 28, 2022

Sentencing adjourned from April 13, 2022
to April 27, 2022 at 2:30 p.m. in Courtroom 11D.
SO ORDERED.
Dated: 3/29/2022

_____
P. Kevin Castel
United States District Judge

**By ECF**
Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    United States v. Jamie A.D. Scott
             21 Cr. 667 (PKC)

Dear Judge Castel:

      I am the attorney for Mr. Scott, the defendant in the above-named matter. I write without objection from the government by AUSA Ni Qian to respectfully request an adjournment of sentencing, presently scheduled for April 13, 2022 at 2:00 p.m., to April 27, 2022 at 2:30 p.m., a date and time that I understand is convenient for the Court. This is Mr. Scott's second request for an adjournment of sentencing, and the Court granted the prior request (*see* ECF Dkt. 19).

      An adjournment is needed because I am no longer available on the current date of sentencing due to an unanticipated personal family matter. If the Court has any questions regarding this application please do not hesitate to contact me.

Respectfully submitted,
/s/
Jeremy Schneider

cc:    AUSA Ni Qian (by ECF)